UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVE RICKS<br><br>V.<br><br>IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY | CIVIL ACTION<br><br>NO.: 23-2844 R(5)<br><br>JUDGE VANCE<br>MAGISTRATE JUDGE NORTH |

**LIST OF CASES CURRENTLY PENDING IN THE
EASTERN DISTRICT OF LOUISIANA IN WHICH NON-PARTY MMA
INTENDS TO SEEK ATTORNEYS' FEES AND/OR COSTS**

Non-party MMA appears for the limited purpose of responding to the Court's latest Order and offers context for the list submitted. Non-party MMA hereby incorporates by reference the entirety of its prior responses to the Court's three briefing orders and orders to show cause. Furthermore, non-party MMA objects to this Court's determination that "MMA is … in violation of the Court's March 6, 2024 Order, which is now final and unappealable."[1] Non-party MMA has consistently responded in good faith to all of the Court's orders and questions.

In compliance with this Court's orders and in response to Daly & Black's Motion for Protective Order to File Motion for In Camera Approval and Allocation of Fees and Expenses Under Seal, MMA has stated that it will not seek to recover any attorney's fees from the *Ricks*

---

[1] R. Doc. 49 (citing, generally, Rule 72, which expressly applies to challenges by a "party" to a magistrate judge's order which purportedly grants or denies relief to a "party" or otherwise makes a recommendation to the district court to grant or deny relief). Though MMA certainly conceives of the possibility that a briefing order may become "final and nonappealable," MMA in good faith responded to the briefing order. In addition, even purportedly final briefing orders may be challenged as ultra vires or lacking jurisdiction.

1

matter, which has settled. Accordingly, Daly & Black's motion is moot and the *Ricks* case should be dismissed.[2]

After the Court's February 21, 2024 hearing on Daly & Black's motion, Daly & Black submitted to the Court a letter from MMA's creditors and attempted to argue that this could be a jurisdictional predicate for its Motion and request for "guidance" on fee allocation "scenarios." The Court ordered MMA to respond to this new argument and to provide a list of EDLA cases in which MMA intended to seek fees, and MMA filed its brief on March 15, 2024.[3] MMA responded that, despite the creditors' letter, Daly & Black's motion was still moot and that MMA did not intend to seek fees in pending EDLA cases but instead intended to pursue successor law firms that have breached agreements with MMA.

On March 25, 2024, the Court ordered, on pain of contempt and/or sanctions, that MMA "provide the Court with a complete and comprehensive list of every case currently pending in this District in which it intends to seek attorneys' fees and/or costs." Because MMA and its creditors expressly have waived any right to any fees or costs in the settled *Ricks* litigation, MMA objects to this Court's continued exercise of jurisdiction in the *Ricks* matter. In addition, as it stated in its March 15 pleading, MMA maintains that there are no EDLA cases in which it intends to intervene or file liens to recover attorney's fees. As MMA previously explained in response to the Court's March 6, 2024 Order, MMA does not intend to intervene in any cases pending in this Court, so there is no list to provide reflecting pending EDLA cases in which MMA intends to seek attorney's fees.

---

[2] *See, e.g.,* R. Doc. 42 (dismissing as moot PCG Consulting LLC's motion for leave to intervene after counsel for PCG indicated it would not seek to recover expenses in the *Ricks* case).
[3] *See* R. Doc. 47.

However, MMA is considering filing lawsuits against Daly & Black and Galindo Law, which MMA believes have breached agreements with MMA and which have taken action that may give rise to various causes of action for relief related to Daly & Black's and Galindo Law's handling of Hurricane Ida claims for former MMA clients. In a good faith attempt to comply with the Court's order, MMA believes that fees received by Daly & Black in the following lawsuits may be at issue in a potential future lawsuit against Daly & Black:

| CASE NUMBER | CAPTION |
|---|---|
| 2:22-cv-01551-EEF-KWR | Eagle's Landing Condominium Association, Inc. v. Axis Surplus Insurance Company |
| 2:22-cv-01989-JCZ-DPC | Gospel Houma Assembly Church v. IFG Companies et al |
| 2:22-cv-03548-NJB-JVM | Tate v. United Property and Casualty Insurance Company |
| 2:22-cv-04826-NJB-MBN | Smith v. Palomar Specialty Insurance Company |
| 2:22-cv-04964-ILRL-DPC | Breaux v. Allstate Indemnity Company |
| 2:22-cv-05343-EEF-DPC | Williams v. State Farm Fire & Casualty Company |
| 2:22-cv-05380-JCZ-MBN | Dejean v. State Farm Fire and Casualty Company et al |
| 2:22-cv-05415-LMA-JVM | Gisclair v. State Farm Fire and Casualty Company et al |
| 2:22-cv-05461-LMA-DPC | Chester v. State Farm Fire and Casualty Company et al |
| 2:23-cv-00130-WBV-MBN | O'Bannon v. Hartford Underwriters Insurance Company |
| 2:23-cv-00325-CJB-JVM | Sweigart v. ACE American Insurance Company et al |
| 2:23-cv-00619-SM-JVM | Rak v. C-Innovation, L.L.C. et al |
| 2:23-cv-00699-GGG-JVM | Aucoin v. Dover Bay Specialty Insurance Company |
| 2:23-cv-01116-EEF-KWR | Comeaux et al v. State Farm Fire and Casualty Company |
| 2:23-cv-02184-BWA-KWR | Flowers v. Millennia Housing Management, LTD., LLC et al |
| 2:23-cv-02485-EEF-JVM | Harris v. Allstate Fire and Casualty Insurance Company |
| 2:23-cv-02509-BSL-DPC | DeHart et al v. State Farm Fire and Casualty Company |
| 2:23-cv-02519-NJB-JVM | Perry v. GeoVera Specialty Insurance Company |
| 2:23-cv-02640-WBV-KWR | Banks v. Tower Hill Prime Insurance Company |
| 2:23-cv-02660-GGG-DPC | Diaban v. Wilshire Insurance Company |
| 2:23-cv-02662-JTM-JVM | Braud v. National Security Fire and Casualty Company |
| 2:23-cv-02672-DJP-DPC | Fiffie v. Scottsdale Insurance Company |
| 2:23-cv-02673-SM-DPC | Dembrun v. State Farm Fire and Casualty Company |
| 2:23-cv-02675-SM-KWR | Rush v. Safeport Insurance Company |
| 2:23-cv-02677-WBV-MBN | Speights v. Safeport Insurance Company |
| 2:23-cv-02678-NJB-MBN | Vilcin v. Scottsdale Insurance Company |
| 2:23-cv-02679-ILRL-MBN | Johnson v. Aegis Security Insurance Company |
| 2:23-cv-02711-NJB-MBN | Brown v. Dover Bay Specialty Insurance Company |
| 2:23-cv-02713-LMA-DPC | Ellzey-Perry v. Dover Bay Specialty Insurance Company |

| | |
|---|---|
| 2:23-cv-02714-NJB-KWR | Hall v. Dover Bay Specialty Insurance Company |
| 2:23-cv-02716-JTM-MBN | Leslie v. GeoVera Specialty Insurance Company |
| 2:23-cv-02720-BSL-KWR | Johnson v. State Farm Fire and Casualty Company |
| 2:23-cv-02723-SM-MBN | Ditcharo v. Dover Bay Specialty Insurance Company |
| 2:23-cv-02727-SM-JVM | Sylvester v. Tower Hill Prime Insurance Company |
| 2:23-cv-02737-LMA-DPC | Populus v. Safeco Insurance Company of America |
| 2:23-cv-02745-JTM-KWR | Elder v. Occidental Fire and Casualty Company of North Carolina |
| 2:23-cv-02772-SSV-JVM | Ellis v. Canopius US Insurance, Inc. |
| 2:23-cv-02786-DJP-KWR | Nelson v. American Bankers Insurance Company of Florida |
| 2:23-cv-02788-BWA-MBN | Gutierrez v. State Farm Fire and Casualty Company |
| 2:23-cv-02791-JCZ-JVM | Wagner v. State Farm Fire and Casualty Company |
| 2:23-cv-02800-WBV-MBN | Davis v. Safeport Insurance Company |
| 2:23-cv-02804-DJP-KWR | Ricks v. Safepoint Insurance Company |
| 2:23-cv-02833-DJP-JVM | Collins et al v. Gateway Insurance Company et al |
| 2:23-cv-02842-WBV-KWR | Norton, et al v. State Farm Fire and Casualty Company |
| 2:23-cv-02846-NJB-DPC | Price v. Allstate Indemnity Company |
| 2:23-cv-02848-DJP-DPC | Hart v. Safepoint Insurance Company |
| 2:23-cv-02907-GGG-MBN | Harvey v. Scottsdale Insurance Company |
| 2:23-cv-02908-SSV-JVM | Falcon v. Allied Trust Insurance Company |
| 2:23-cv-02909-EEF-JVM | Swaney v. North Light Specialty Insurance Company |
| 2:23-cv-02911-ILRL-DPC | Garrett v. Allstate Vehicle and Property Insurance Company |
| 2:23-cv-02912-CJB-MBN | Green v. State Farm Fire and Casualty Company |
| 2:23-cv-02913-CJB-DPC | Lewis v. State Farm Fire and Casualty Company |
| 2:23-cv-02914-ILRL-KWR | Hayden v. Allstate Insurance Company |
| 2:23-cv-02915-LMA-KWR | Leo v. GeoVera Specialty Insurance Company |
| 2:23-cv-02916-JCZ-KWR | Dantin v. Allstate Indemnity Company |
| 2:23-cv-02917-BWA-DPC | Raby v. Allstate Insurance Company |
| 2:23-cv-02918-EEF-MBN | Long v. Allstate Insurance Company |
| 2:23-cv-02919-ILRL-MBN | Petetant v. Allstate Fire and Casualty Insurance Company |
| 2:23-cv-02926-CJB-KWR | Williams v. Allstate Insurance Company |
| 2:23-cv-02937-CJB-MBN | Gentile v. Allstate Insurance Company |
| 2:23-cv-02946-CJB-KWR | Guzman v. Allstate Insurance Company |
| 2:23-cv-02967-NJB-MBN | Williams v. Allstate Indemnity Company |
| 2:23-cv-02972-GGG-JVM | Rodriguez v. Allstate Vehicle and Property Insurance Company |
| 2:23-cv-03003-EEF-JVM | Nguyen v. Allstate Vehicle and Property Insurance Company |
| 2:23-cv-03012-EEF-JVM | Ortego v. Allstate Indemnity Company |
| 2:23-cv-03013-WBV-KWR | Nunn v. Homesite Insurance Company |
| 2:23-cv-03015-NJB-JVM | Maxie v. Allstate Insurance Company |
| 2:23-cv-03024-SSV-JVM | Fly v. Liberty Mutual Fire Insurance Company |
| 2:23-cv-03094-BWA-JVM | Davis v. Allstate Insurance Company |
| 2:23-cv-03163-SSV-DPC | Warner v. State Farm Fire and Casualty Company |

| | |
|---|---|
| 2:23-cv-03165-GGG-MBN | Desforges v. Homesite Insurance Company |
| 2:23-cv-03166-SM-JVM | Falgout v. Dover Bay Specialty Insurance Company |
| 2:23-cv-03167-LMA-KWR | Dupre v. GeoVera Specialty Insurance Company |
| 2:23-cv-03168-JTM-JVM | Earlycutt v. Homesite Insurance Company |
| 2:23-cv-03187-DJP-JVM | Sterling v. Allstate Vehicle and Property Insurance Company |
| 2:23-cv-03191-JCZ-KWR | Frazier v. Allied Trust Insurance Company |
| 2:23-cv-03192-SSV-MBN | Gauthreaux v. Allstate Insurance Company |
| 2:23-cv-03194-DJP-KWR | James v. Allstate Insurance Company |
| 2:23-cv-03198-EEF-JVM | Smith v. American Modern Property and Casualty Insurance Company |
| 2:23-cv-03208-ILRL-KWR | Watson v. GeoVera Specialty Insurance Company |
| 2:23-cv-03209-GGG-MBN | Robinson v. Allied Trust Insurance Company |
| 2:23-cv-03216-NJB-KWR | Hathorne et al v. American Modern Property and Casualty Insurance Company |
| 2:23-cv-03287-JTM-MBN | Philebar v. State Farm Fire and Casualty Company |
| 2:23-cv-03289-SM-MBN | Williams v. State Farm Fire and Casualty Company |
| 2:23-cv-03290-BWA-DPC | Rheams v. State Farm Fire and Casualty Company |
| 2:23-cv-03316-BWA-JVM | Shy v. Safeport Insurance Company |
| 2:23-cv-03322-JTM-KWR | Arabie v. Homesite Insurance Company |
| 2:23-cv-03376-WBV-DPC | Richard v. GeoVera Specialty Insurance Company |
| 2:23-cv-03377-SM-MBN | Lockett v. American National General Insurance Company |
| 2:23-cv-03386-SSV-DPC | Pigott v. Allstate Indemnity Company |
| 2:23-cv-03392-WBV-MBN | Galland, et al v. Harvey Gulf International Marine, LLC, et al |
| 2:23-cv-03409-GGG-KWR | Mire v. Centauri Specialty Insurance Company |
| 2:23-cv-03417-CJB-MBN | Braxton v. GeoVera Specialty Insurance Company |
| 2:23-cv-03441-GGG-MBN | Lee v. Farmers Property and Casualty Insurance Company |
| 2:23-cv-03449-LMA-MBN | Eugene v. State Farm Fire and Casualty Company |
| 2:23-cv-03455-JCZ-KWR | Leo v. GeoVera Specialty Insurance Company |
| 2:23-cv-03470-LMA-DPC | Castello v. Dover Bay Specialty Insurance Company |
| 2:23-cv-03478-SM-MBN | Ducote v. State Farm Fire and Casualty Company |
| 2:23-cv-03499-DJP-JVM | Foret v. State Farm Fire and Casualty Company |
| 2:23-cv-03501-LMA-KWR | Meyers v. GeoVera Specialty Insurance Company |
| 2:23-cv-03506-BWA-MBN | Arabie v. GeoVera Specialty Insurance Company |
| 2:23-cv-03514-JCZ-KWR | Strickland v. Chubb European Group SE |
| 2:23-cv-03516-WBV-MBN | Harvey v. North Light Specialty Insurance Company |
| 2:23-cv-03539-SSV-MBN | Jenkins v. Scottsdale Insurance Company |
| 2:23-cv-03545-JCZ-JVM | Rodrigue v. Allied Trust Insurance Company |
| 2:23-cv-03547-SSV-DPC | Bech v. Allstate Vehicle and Property Insurance Company |
| 2:23-cv-03548-CJB-JVM | Smith v. Wilshire Insurance Company |
| 2:23-cv-03600-DJP-KWR | Concepcion v. State Farm Fire and Casualty Company |
| 2:23-cv-03617-ILRL-DPC | Battiste v. State Farm Fire and Casualty Company |
| 2:23-cv-03687-EEF-JVM | Dilosa v. Kin Interinsurance Network |

5

| | |
|---|---|
| 2:23-cv-03689-NJB-DPC | Tobias v. Allstate Insurance Company |
| 2:23-cv-03691-EEF-MBN | Marte v. Allstate Indemnity Company |
| 2:23-cv-03735-WBV-JVM | Tullous v. Allstate Indemnity Company |
| 2:23-cv-03736-ILRL-DPC | Justrabo v. Imperial Fire and Casualty Insurance Company |
| 2:23-cv-03740-CJB-DPC | Wilson v. Allstate Insurance Company |
| 2:23-cv-03745-LMA-KWR | Estate of Beverly Wilkerson v. American National Lloyds Insurance Company |
| 2:23-cv-03752-BWA-JVM | Osborne v. Chubb European Group SE |
| 2:23-cv-03757-SSV-DPC | Perkins v. Clear Blue Specialty Insurance Company |
| 2:23-cv-03821-CJB-JVM | Hadley v. Occidental Fire & Casualty Company of North Carolina |
| 2:23-cv-03863-DJP-MBN | Williams v. State Farm Fire and Casualty Company |
| 2:23-cv-03870-SSV-KWR | Claiborne v. GeoVera Specialty Insurance Company |
| 2:23-cv-03874-EEF-MBN | Macklin v. Allstate Insurance Company |
| 2:23-cv-03884-SM-DPC | Felton v. Wilshire Insurance Company |
| 2:23-cv-03885-BWA-JVM | Ramsey-boissiere v. Safepoint Insurance Company |
| 2:23-cv-03902-SM-MBN | Adams v. State Farm Fire and Casualty Company |
| 2:23-cv-03907-WBV-DPC | Bell v. Allstate Vehicle and Property Insurance Company |
| 2:23-cv-03921-WBV-DPC | Prestenbach v. Ocean Harbor Casualty Insurance Company |
| 2:23-cv-03928-DJP-DPC | Williams v. Ocean Harbor Casualty Insurance Company |
| 2:23-cv-03932-SM-JVM | Jenkins v. United National Insurance Company |
| 2:23-cv-03934-ILRL-JVM | Pawlicki v. Chubb European Group SE |
| 2:23-cv-03941-NJB-JVM | Jenkins v. United National Insurance Company |
| 2:23-cv-03943-JTM-MBN | Jenkins v. United National Insurance Company |
| 2:23-cv-03944-CJB-KWR | Clark v. Allstate Insurance Company |
| 2:23-cv-03953-WBV-DPC | Williams v. Farmers Property and Casualty Insurance Company |
| 2:23-cv-03957-ILRL-JVM | Lewis v. State Farm Fire and Casualty Company |
| 2:23-cv-03960-SM-MBN | Brenner v. Farmers Property and Casualty Insurance Company |
| 2:23-cv-03969-DJP-JVM | Dupard v. Liberty Mutual Fire Insurance Company |
| 2:23-cv-03971-SSV-KWR | Neagle v. State Farm Fire and Casualty Company |
| 2:23-cv-04040-SSV-JVM | Kramer v. Allstate Insurance Company |
| 2:23-cv-04041-EEF-DPC | Roberts v. Allstate Insurance Company |
| 2:23-cv-04225-ILRL-JVM | Narcisse v. Allstate Vehicle and Property Insurance Company |
| 2:23-cv-04385-WBV-DPC | Nwawt v. Allstate Vehicle and Property Insurance Company |
| 2:23-cv-04429-CJB-JVM | Peters v. American Bankers Insurance Company of Florida |
| 2:23-cv-04621-CJB-KWR | Buckingham v. North Light Specialty Insurance Company |
| 2:23-cv-04646-BWA-MBN | Foster v. State Farm Fire and Casualty Company |
| 2:23-cv-04801-SM-JVM | Sahuque v. State Farm Fire and Casualty Company |
| 2:23-cv-04848-JCZ-DPC | Ford et al v. Scottsdale Insurance Company |
| 2:23-cv-04957-LMA-MBN | Viola v. Chubb European Group SE |
| 2:23-cv-04968-EEF-JVM | Brooks v. State Farm Fire and Casualty Company et al |
| 2:23-cv-05383-BWA-JVM | Bland v. USAA General Indemnity Company |

| | |
|---|---|
| 2:23-cv-05437-EEF-JVM | Manuel v. Certain Underwriters at Lloyds, London |
| 2:23-cv-05879-EEF-JVM | Solanki v. Certain Underwriters at Lloyd's, London |
| 2:23-cv-06371-DJP-DPC | Graze v. Allied Trust Insurance Company |
| 2:23-cv-06656-DJP-DPC | Lockarno v. USAA General Indemnity Company |
| 2:23-cv-06991-DJP-JVM | Smith v. State Farm Fire and Casualty Company |
| 2:23-cv-07049-LMA-JVM | Falterman v. USAA General Indemnity Company |
| 2:23-cv-07234-NJB-MBN | Lartigue v. United States of America |
| 2:23-cv-07244-BSL-JVM | Trosper v. Arena Offshore, LP et al |
| 2:23-cv-07371-NJB-JVM | Nguyen v. Certain Underwriters at Lloyd's, London |
| 2:24-cv-00256-LMA-MBN | Pond v. Safeco Insurance Company of America |
| 2:24-cv-00263-SSV-DPC | Newell v. State Farm Fire & Casualty Company |

In addition to the cases included on this list, if Daly & Black has entered into fee agreements with other law firms related to other cases pending in the Eastern District of Louisiana or otherwise participates in lawsuits for former MMA clients, MMA believes that attorney's fees from those cases could be the subject of a future lawsuit against Daly & Black.

With respect to Galindo Law, Galindo Law entered into joint representation agreements with MMA in many cases, but MMA is not aware of any cases in the Eastern District of Louisiana in which attorneys from the Galindo Law firm are currently enrolled. However, MMA believes that the Galindo law firm may be receiving attorney's fees from cases pending in the Eastern District of Louisiana that are the subject of its joint representation agreements with MMA and may seek to discover that information in a future lawsuit against Galindo Law.

Respectfully submitted,

/s/Andrea L. Miller
William P. Gibbens, 27225
Andrea L. Miller, 40882
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
(504) 680-6065
billy@semmlaw.com
annie@semmlaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 29, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of this electronic filing to all counsel of record.

                */s/Andrea L. Miller*
                Andrea Miller