UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVE RICKS | CIVIL ACTION |
| VERSUS | NO. 23-2844 |
| IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY | SECTION "R" (5) |

# ORDER

Plaintiff Steve Ricks filed this lawsuit against defendant Imperial Fire and Casualty Insurance Company in July 2023.[1] Chief Magistrate Judge Michael North issued a Report and Recommendation ("R&R") in which he recommends that the Court issue a 60-day order of dismissal because the case has been settled between the parties.[2]

No party objected to the R&R. The Court thus reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error. Therefore, the Court adopts the R&R as its opinion.

---

[1]    R. Doc. 1.
[2]    R. Doc. 51.

Accordingly, **IT IS ORDERED** that this action is dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated in sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY</u> <u>WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this __23rd__ day of April, 2024.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

2